### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Strutynski, Barbara L. aka Barbara L Stevenson | CHAPTER 13 |
| Debtor(s) | BKY. NO. 12-12100 MDC |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7795

                                        Respectfully submitted,

                                        **/s/Brian C. Nicholas, Esquire**
                                        Brian C. Nicholas, Esquire
                                        Thomas Puleo, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 825-6306  FAX (215) 825-6406