United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Barbara L Strutynski
    Debtor

Case No. 12-12100-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Christina     Page 1 of 2     Date Rcvd: Jun 16, 2017
                 Form ID: 138NEW     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2017.
```
db            +Barbara L Strutynski,    94 Parke Avenue,    Parkesburg, PA 19365-1252
aty           +Michael Deegan,    134 West King Street,    Malvern, PA 19355-2412
cr           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: NATIONSTAR MORTGAGE, LLC.,      PO Box 630267,     Irving, TX  75063)
12691154      +BAC Home Loans,    450 American Street,    Simi Valley, CA 93065-6285
12691156     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,      4161 Piedmont Parkway,    Greensboro, NC 27410)
12691155      +Bank of America,    2780 Lake Vista Drive,    Lewisville, TX 75067-3884
12734845      +Bank of America, N.A.,    16001 North Dallas Parkway,    Addison, TX 75001-3311
12808482      +Brandywine Hospital,    c/o PASI,    PO Box 188,    Brentwood, TN 37024-0188
12723424     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,      Dept 55953,    P O Box 55000,
                Detroit MI  48255-0953)
12691157       Ford Motor Credit,    PO Box 1739,    Dearborn, MI 48121-1739
12842427      +Michael G. Deegan, Esquire,    134 West King Street,    Malvern, PA 19355-2412
13498631      +Nationstar Mortgage,    P.O. Box 619094,    Dallas, TX 75261-9094
12691158       Udren Law Offices,    111 Woodcrest Road,    Suite 200,    Cherry Hill, NJ 08003-3620
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Jun 17 2017 01:17:24     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 17 2017 01:16:10      Pennsylvania Department of Revenue,
               Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 17 2017 01:17:00      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                               TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13194268*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,      P.O. Box 619096,    Dallas, TX  75261-9741)
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2017                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2017 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              KASSIA  FIALKOFF    on behalf of Creditor    Bank of America, N.A. kfialkoff@duanemorris.com
              KIMBERLY A. BONNER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
              MICHAEL G. DEEGAN    on behalf of Debtor Barbara L Strutynski mgdeegan@comcast.net
              MICHAEL G. DEEGAN    on behalf of Attorney Michael  Deegan mgdeegan@comcast.net
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    Bank of America, N.A. sbraunstein@udren.com,
               vbarber@udren.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: Christina              Page 2 of 2                  Date Rcvd: Jun 16, 2017
                              Form ID: 138NEW              Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                   TOTAL: 10

Case 12-12100-mdc    Doc 45    Filed 06/18/17    Entered 06/19/17 01:04:05    Desc Imaged
Certificate of Notice    Page 2 of 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Barbara L Strutynski

    Debtor(s)

Bankruptcy No: 12−12100−mdc

Chapter: 13

---

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 6/16/17

44 − 43
Form 138_new