Certificate Number: 01267-PAE-DE-029512932

Bankruptcy Case Number: 12-12100



01267-PAE-DE-029512932

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 30, 2017, at 5:30 o'clock PM CDT, Barbara L Strutynski completed a course on personal financial management given by internet by Money Management International, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 30, 2017                By:    /s/Tania Roman

                                    Name:  Tania Roman

                                    Title: Counselor I