IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Barbara Strutynski                :        Chapter 13

                                          :        Case No. 12-12100 mdc
         Debtor(s)                        :

**ORDER EXTENDING THE TIME TO FILE A STATEMENT OF COMPLETION OF A PERSONAL FINANCIAL MANAGEMENT COURSE AND THE CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q) PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007 AND LOCAL RULE 9014-2**

**NOW**, this  14th  day of  July , 2017, it is **ORDERED** that:

1.    The Debtors' Motion to extend the time to file financial management course certificate and the certification regarding domestic support obligations and Section 522(q) pursuant to F.R.B.P. 1007(c) is hereby **GRANTED.**

2.    The deadline to file the financial management course certificate and the certification regarding domestic support obligations and Section 522(q) is hereby extended thirty (30) days, until August 5, 2017.

BY THE COURT

*Magdeline D. Coleman*

United States Bankruptcy Judge