United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-12100-mdc
Barbara L Strutynski                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore         Page 1 of 1          Date Rcvd: Jul 14, 2017
                            Form ID: pdf900         Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2017.
db          +Barbara L Strutynski,    94 Parke Avenue,    Parkesburg, PA 19365-1252
aty         +Michael Deegan,    134 West King Street,    Malvern, PA 19355-2412
cr         ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:   NATIONSTAR MORTGAGE, LLC.,    PO Box 630267,    Irving, TX   75063)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Jul 15 2017 01:41:40      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 15 2017 01:40:44       Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 15 2017 01:41:19      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          KASSIA  FIALKOFF    on behalf of Creditor    Bank of America, N.A. kfialkoff@duanemorris.com
          KIMBERLY A. BONNER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
          MICHAEL G. DEEGAN    on behalf of Attorney Michael  Deegan mgdeegan@comcast.net
          MICHAEL G. DEEGAN    on behalf of Debtor Barbara L Strutynski mgdeegan@comcast.net
          SHERRI J. BRAUNSTEIN    on behalf of Creditor    Bank of America, N.A. sbraunstein@udren.com,
           vbarber@udren.com
          THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Barbara Strutynski | : | Chapter 13 |
| | : | |
| | : | |
| | : | Case No. 12-12100 mdc |
| Debtor(s) | : | |
| | : | |

**ORDER EXTENDING THE TIME TO FILE A STATEMENT OF COMPLETION OF A PERSONAL FINANCIAL MANAGEMENT COURSE AND THE CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q) PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007 AND LOCAL RULE 9014-2**

**NOW**, this 14th day of July, 2017, it is **ORDERED** that:

1. The Debtors' Motion to extend the time to file financial management course certificate and the certification regarding domestic support obligations and Section 522(q) pursuant to F.R.B.P. 1007(c) is hereby **GRANTED.**

2. The deadline to file the financial management course certificate and the certification regarding domestic support obligations and Section 522(q) is hereby extended thirty (30) days, until August 5, 2017.

BY THE COURT

_Magdeline D. Coleman_
United States Bankruptcy Judge