## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Barbara L. Strutynski a/k/a Barbara L Stevenson | |
| Debtor | CHAPTER 13 |
| Nationstar Mortgage LLC, its successors and/or assigns | |
| Movant | |
| vs. | NO. 12-12100 MDC |
| Barbara L. Strutynski a/k/a Barbara L Stevenson | |
| Debtor | 11 U.S.C. Section 362 |
| William C. Miller | |
| Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief of Nationstar Mortgage LLC, which was filed with the Court on or about **May 16, 2017**. (Doc. No. 40).

Respectfully submitted,

**/s/ Thomas I. Puleo, Esquire**
Thomas Esquire, Esquire
Attorney for Movant
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

July 19, 2017